# Court of Appeals
# of the State of Georgia

ATLANTA,___July 30, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0474. DEEDRA MEADOWS FULLER v. RODNEY DARRELL FULLER.**

Deedra Meadows Fuller filed for divorce from Rodney Darrell Fuller. Rodney filed a motion to enforce an antenuptial agreement, which the trial court granted on June 25, 2013. Deedra filed an application for discretionary appeal from this ruling.

From the materials presented, it appears the divorce matter remains pending in the trial court. Because the case is pending below, Deedra was required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587 (408 SE2d 103) (1991); *Gray v. Springs*, 224 Ga. App. 427 (481 SE2d 3) (1997). Her failure to comply with the interlocutory appeals procedures and obtain a signed certificate of immediate review deprives this Court of jurisdiction. Accordingly, Rodney's motion to dismiss is hereby GRANTED, and this application is DISMISSED.

---

[1] Although Deedra included a certificate of immediate review with her application, the certificate was not signed by the judge.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/30/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*